**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ABASS SEKOU TOURE, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No.  2:26-cv-01416 |
| | : | |
| WARDEN, *Philadelphia Federal Detention Center,* | : | |
| *Philadelphia, PA*; DAVID O'NEILL, *Acting Field* | : | |
| *Office Director, Philadelphia Field Office* | : | |
| *Immigration and Customs Enforcement*; KRISTI | : | |
| NOEM, *Secretary, U.S. Department of Homeland* | : | |
| *Security*; PAM BONDI, *Attorney General. U.S.* | : | |
| *Department of Justice*; EXECUTIVE OFFICE FOR | : | |
| IMMIGRATION REVIEW; | : | |
| Respondents. | : | |

## O R D E R

**AND NOW,** this 6th day of March, 2026, upon consideration of Petitioner Abass Sekou

Toure's Petition for Writ of Habeas Corpus, *see* ECF No. 1, and Motion for Temporary Restraining

Order, *see* ECF No. 2, **IT IS ORDERED THAT**:

1.      Petitioner SHALL promptly serve the Office of the United States Attorney by email

at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov,

susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

2.      **No later than March 11, 2026**, Respondents SHALL file an expedited response to

the Petition, along with any exhibits, copies of all relevant documents, and an index of

exhibits/documents.  The response shall state the statutory authority for Petitioner's detainment and

provide the related legal analysis and record evidence supporting the asserted statutory basis for

detention.  The response shall also address whether a bond hearing is required and whether the

petition for writ of habeas corpus may be decided on the papers.

3.     **No later than March 13, 2026**, Petitioner may file a reply to the response.  If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

4.     Petitioner's Motion for Temporary Restraining Order, ECF No. 2, is **GRANTED in part**.

5.     Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

6.     In all other respects, the relief requested in the remainder of the Motion for a Temporary Restraining Order, ECF No. 2, is **DENIED**, **without prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

2
030626